IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>AAA ENERGY SYSTEMS, INC., a California corporation, DRY CREEK INN, LP, a California limited partnership, and DOES 1–10,<br><br>    Defendants.<br>                                           / | No. C 10-03689 WHA<br><br>**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER** |

    The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . . "

Dated: January 5, 2011.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE