```
 1  Diane Aqui, Esq. (SBN 217087)
    1120 College Ave.
 2  Santa Rosa, CA 95404-4020
    Telephone: (707) 526-3700
 3  Facsimile: (707) 526-1716

 4  Attorneys for Defendant,
    AAA Energy Systems, Inc.
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AAA ENERGY SYSTEMS, INC., a California corporation; DRY CREEK INN, LP, a California Limited Partnership; and DOES 1-10<br><br>Defendants. | C10-03689 JCS<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THEREON |

Defendant, AAA Energy Systems, Inc., hereby requests the Court approve the substitution of

Bryan Sean McKown
BOLFANGO & MCKOWN, LLP
~~425 Market Street, Suite 2200~~ 201 Speer Street, Suite 1100
San Francisco, CA 94105-~~2434~~ SAN FRANCISCO, CA. 94105
Email:bryan.mckown@gmail.com

as attorney of record in place and stead of Attorney Diane Aqui.

Date: 3/20/11     By: _____
                      Curt Lewis, President
                      AAA ENERGY SYSTEMS, INC.

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THEREON

1 | I consent to the above substitution.
2 | Date:
3 | _____
    Diane Aqui

5 | I consent to the above substitution and am duly licenced to practice in this District.
6 | Date:
7 | _____
    Bryan Sean McKown
8 | 133747 (state bar number)

10 | IT IS SO ORDERED.
11 | Date:  March 22, 2011.
     _____
12 | U.S. District Judge
     WILLIAM ALSUP

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THEREON