IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation

    Plaintiff,

  v.

AAA ENERGY SYSTEMS, INC., a California corporation; DRY CREEK INN, LP, a California Limited Partnership; and DOES 1–10,

    Defendants.
                                            /

No. C 10-03689 WHA

**NOTICE REGARDING STIPULATED REQUEST TO STAY ACTION**

      Plaintiff Navigators Specialty Insurance Company and defendant AAA Energy Systems, Inc. filed a stipulated request to stay this insurance-coverage action pending resolution of an appeal from the underlying state court action (Dkt. No. 27). Their request represents that defendant Dry Creek Inn, LP was "offered an opportunity to stipulate to this Stay" but "has not agreed to do so." NSIC and AAA Energy Systems attempt to solve this problem by further stipulating "that Dry Creek Inn shall be dismissed without prejudice from this action." This solution is inadequate.

      Unless and until NSIC files a proper notice of dismissal pursuant to FRCP 41, Dry Creek remains a party to the action. So long as Dry Creek remains in the action and refuses to stipulate to a stay, the other parties' stipulated request for a stay will not be granted.

Dated: June 21, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE