IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AAA ENERGY SYSTEMS, INC., a California corporation; DRY CREEK INN, LP, a California Limited Partnership; and DOES 1–10,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 10-03689 WHA<br><br>**ORDER PARTIALLY GRANTING STIPULATED REQUEST TO STAY ACTION** |

　　　　Plaintiff Navigators Specialty Insurance Company and defendant AAA Energy Systems, Inc. filed a stipulated request to stay this insurance-coverage action pending resolution of an appeal from the underlying state court action (Dkt. No. 27). Following the dismissal of defendant Dry Creek Inn, LP, the moving parties are the only parties that remain in the action (Dkt. No. 31). Good cause having been shown, the stipulated request is **GRANTED** to the following extent.

　　　　This action is hereby **STAYED** pending resolution of the appeal form the underlying state court action. The parties shall file a joint status report on **DECEMBER 1, 2011**, or within **TEN DAYS** after the appeal is resolved, whichever is earlier. The other provisions set forth in the parties' proposed order are *not* adopted.

　　　　**IT IS SO ORDERED.**

Dated: June 23, 2011.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE