1  David H. Waters, CASB# 078512
   BURNHAM BROWN
2  A Professional Law Corporation
   P.O. Box 119
3  Oakland, California 94604

4  1901 Harrison Street, 11th Floor
   Oakland, California 94612
5  Telephone:  (510) 444-6800
   Facsimile:  (510) 835-6666
6  Email:      dwaters@burnhambrown.com

7  Attorneys for Plaintiff
   NAVIGATORS SPECIALTY INSURANCE COMPANY
8

   Bryan Sean McKown, CASB# 133747
9  BOLFANGO & McKOWN, LLP
   201 Spear Street, Suite 1100
10 San Francisco, CA 94105
   Telephone:  (415) 946-4015
11 Facsimile:  (415) 276-6346
   Email:      bryan.mckown@gmail.com
12
   Attorney for Defendant
13 AAA ENERGY SYSTEMS, INC.

14

15                   UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 | NAVIGATORS SPECIALTY INSURANCE        | No.  C10-03689 WHA
   | COMPANY, a New York corporation;      |
18 |                                       | **STIPULATION OF DISMISSAL**
   |         Plaintiff,                    | **And**
19 |                                       | **ORDER DISMISSING ACTION**
20 | v.                                    |
   |                                       |
21 | AAA ENERGY SYSTEMS, INC., a           |
   | California corporation; DRY CREEK INN,|
22 | LP, a California Limited Partnership; and |
   | DOES 1-10,                            |
23 |                                       |
   |         Defendants.                   |

24

25 ///

26

27

28

IT IS HEREBY STIPULATED by and between the two remaining parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party is to bear its own costs and fees. Defendant Dry Creek Inn, LP had been previously dismissed from this action.

DATED: 11/16/11

BURNHAM BROWN

DAVID H. WATERS
Attorneys for Plaintiff
NAVIGATORS SPECIALTY INSURANCE COMPANY

DATED: 11/15/11

BOLFANGO & McKOWN, LLP

BRYAN SEAN McKOWN
Attorney for Defendant
AAA ENERGY SYSTEMS, INC.

## ORDER DISMISSING ACTION

IT IS SO ORDERED. THE CLERK SHALL CLOSE THE FILE.

DATED: November 17, 2011.

Hon. WILLIAM ALSUP
United States District Court Judge

1114647