1   David H. Waters, CASB# 078512
    BURNHAM BROWN
2   A Professional Law Corporation
    P.O. Box 119
3   Oakland, California 94604

4   1901 Harrison Street, 11th Floor
    Oakland, California  94612
5   Telephone:      (510) 444-6800
    Facsimile:      (510) 835-6666
6   Email:          dwaters@burnhambrown.com

7   Attorneys for Plaintiff
    NAVIGATORS SPECIALTY INSURANCE COMPANY
8
    Bryan Sean McKown, CASB# 133747
9   BOLFANGO & McKOWN, LLP
    201 Spear Street, Suite 1100
10  San Francisco, CA  94105
    Telephone:      (415) 946-4015
11  Facsimile:      (415) 276-6346
    Email:          bryan.mckown@gmail.com
12
    Attorney for Defendant
13  AAA ENERGY SYSTEMS, INC.

14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17  NAVIGATORS SPECIALTY INSURANCE          No.   C10-03689 WHA
    COMPANY, a New York corporation;
18                                          **STIPULATION OF DISMISSAL**
                Plaintiff,                  **And**
19                                          **ORDER DISMISSING ACTION**
    v.
20
    AAA ENERGY SYSTEMS, INC., a
21  California corporation; DRY CREEK INN,
    LP, a California Limited Partnership; and
22  DOES 1-10,

23              Defendants.

24

25  ///

26

27

28

                                  1
    STIPULATION OF DISMISSAL and ORDER DISMISSING ACTION          No. C10-03689 WHA

1

2     IT IS HEREBY STIPULATED by and between the two remaining parties to this action

3  through their designated counsel that the above captioned action be and hereby is dismissed with

   prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party is to
4
   bear its own costs and fees.  Defendant Dry Creek Inn, LP had been previously dismissed from
5
   this action.
6

7  DATED: _____11/16/11_____           BURNHAM BROWN

8

9

10                                         DAVID H. WATERS
                                           Attorneys for Plaintiff
11                                         NAVIGATORS SPECIALTY INSURANCE
                                           COMPANY
12
   DATED: _____11/15/11_____           BOLFANGO & McKOWN, LLP
13

14

15

16                                         BRYAN SEAN McKOWN
                                           Attorney for Defendant
17                                         AAA ENERGY SYSTEMS, INC.

18                       **ORDER DISMISSING ACTION**

19

20  IT IS SO ORDERED.  THE CLERK SHALL CLOSE THE FILE.

21  DATED:  November 17, 2011.

22

23                                         Hon. WILLIAM    ALSUP
                                           United States District Court Judge

24

25  1114647

26

27

28

                                       2